## WARFIELD NATURAL GAS COMPANY v. PETERS

(Decided February 11, 1930.)

Kirk, Kirk & Wells for movant.

B. M. James and Joe Hobson opposed.

PER CURIAM. Judgment for $350 in condemnation suit.

Appeal denied. Judgment affirmed.

## WALKER v. COMMONWEALTH

(Decided February 14, 1930.)

John M. Theobald for movant.

J. W. Cammack, Attorney General, and S. B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment for $300 and 60 days for selling whisky.

Appeal denied. Judgment affirmed.

## MINTON v. COMMONWEALTH

(Decided February 14, 1930.)

M. E. Gilbert for movant.

J. W. Cammack, Attorney General, and S. B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment for $500 in an action for a misdemeanor.

Appeal denied. Judgment affirmed.